No. 98–1828. VERMONT AGENCY OF NATURAL RESOURCES *v.* UNITED STATES EX REL. STEVENS. C. A. 2d Cir. [Certiorari granted, 527 U. S. 1034.] Motions for leave to file briefs as *amici curiae* filed by the following are granted: Federation of American Health Systems, FMC Corp., Friends of the Earth et al., Chamber of Commerce of the United States et al., Project on Government Oversight, National Employment Lawyers Association, Taxpayers Against Fraud, American Petroleum Institute et al., American Clinical Laboratory Association, American Medical Association et al., and Aerospace Industries Association of America, Inc.

No. 99–5. UNITED STATES *v.* MORRISON ET AL.; and

No. 99–29. BRZONKALA *v.* MORRISON ET AL. C. A. 4th Cir. [Certiorari granted, 527 U. S. 1068.] Motions of Association of the Bar of the City of New York, Equal Rights Advocates et al., Lawyers' Committee for Civil Rights Under Law et al., and Association of Trial Lawyers of America for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for divided argument granted.

No. 99–138. TROXEL ET VIR *v.* GRANVILLE. Sup. Ct. Wash. [Certiorari granted, 527 U. S. 1069.] Motion of Grandparents United for Children's Rights for leave to file a brief as *amicus curiae* granted.

No. 99–6126. MINFORD *v.* DOMALAKES, JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, SCHUYLKILL COUNTY, ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 949] denied.

No. 99–6444. PAVELETZ *v.* UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 27, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.